ORIGINAL

Thursday, July 14, 2005

05- 496

I Joseph D'Alessandro am disabled and have no money i am redressing my Government The Federal Court
under my United States Constitution and my First Amendment and my Substantive due rights, Civil and Legal, Fourteenth Amendment.

This action is filed.
IN FORMA PAUPERIS - Lat. 'in the form of a pauper.' Someone who is without the funds to pursue the normal costs of a lawsuit or criminal defense.

*Joseph D'Alessandro* [signature]

FILED

JUL 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE